John G. Coon for use of Frank P. Coon, appellant, v. Weil-McLain Company, appellee. Gen. No. 30,919.

Judgment on default. Appeal from order vacating judgment and re-instating cause. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Frederic L. Goff, for appellant. Frisch & Frisch, for appellee; Sidney Frisch and Robert E. Corcoran, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

H. M. Stanford, appellee, v. J. F. O'Brien, trading as J. F. O'Brien & Company, appellant. Gen. No. 30,954.

Action for money received as plaintiff's rental agent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and judgment here. Thomson, J., dissents. Opinion filed November 17, 1926.

Wolfsohn & Fireman, for appellant. Monahan & Monahan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

American Chain Company, appellee, v. Emery Motor Livery Company, appellant. Gen. No. 30,963.

Action for balance due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Samuels, Lawton & Wittelle, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

E. H. Eggleston, appellee, v. Robert E. Hicks Corporation, appellant. Gen. No. 30,984.

Action to recover balance due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 17, 1926.

Perley H. Bishop, for appellant. A. D. Gash, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.